✍ **ORIGINAL**

JUDGE KEENAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- :

UNITED STATES OF AMERICA                           :    NOTICE OF INTENT
                                                        TO FILE AN
            -v-                                    :    INFORMATION

                                                   :    08 Cr.
ESI ENTERTAINMENT SYSTEMS, INC.,
       a/k/a "E-Success,"                          :

            Defendant.                             :

------------------------------------------------- 

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: May 22, 2008
New York, NY

                                    MICHAEL J. GARCIA
                                    United States Attorney

                              By:   _____
                                    Arlo Devlin-Brown
                                    Assistant United States Attorney

**08 CRIM 505**

                                    AGREED AND CONSENTED TO:

                              By:   _____
                                    Amy Burgert, Esq.
                                    Attorney for Defendant

[SDNY ELECTRONICALLY FILED stamp]

5/23/08   WHEEL A