Case 1:08-cr-00505-JFK    Document 4    Filed 06/05/2008    Page 1 of 1
Received 06/03/2008 07:37PM in 06:54 on line [15] for AB008875 * Pg 12/12
04-JUN-2008  01:49    FROM  MARRIOTT KENSINGTON    TO  90017132384667    P.12

JUDGE KEENAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA         :

    v.                               :     08 CRIM 5

ESI Entertainment Systems, Inc.  :     08 Cr. ____ (JFG) (JFK)

    Defendant.                       :

------------------------------X

    The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
ESI Entertainment Systems, Inc.,
by Michael Meeks,
President and Director

_____    William Ryan
Witness

_____
Counsel for Defendant

Date: New York, New York
      June 5, 2008

0202

FILED
JUN 2008