UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                              :

UNITED STATES OF AMERICA              :

                               v.                  :        08 Cr. 505 (JFK)
                                               :

ESI ENTERTAINMENT SYSTEMS, INC.,  :        NOTICE OF APPEARANCE
     a/k/a "E-Success,"                     :

                   Defendant.      :
-------------------------------------------------------------x

      PLEASE TAKE NOTICE that Mayer Brown LLP hereby appears as counsel for Defendant ESI Entertainment Systems, Inc., and requests that a copy of all papers be served upon the undersigned at the address set forth below.

Dated: June 10, 2008

                                              Respectfully submitted,

                                              MAYER BROWN LLP

                                              By: _____
                                                  Mauricio A. España

                                             1675 Broadway
                                             New York, New York 10019
                                             Telephone: (212) 506-2500
                                             Facsimile: (212) 262-1910

                                             ATTORNEYS FOR DEFENDANT