UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                      :
UNITED STATES OF AMERICA                              :
                                                      :
                    v.                                :        08 Cr. 505 (JFK)
                                                      :
ESI ENTERTAINMENT SYSTEMS, INC.,                      :
        a/k/a "E-Success,"                            :
                                                      :
                    Defendant.                        :
-------------------------------------------------------------x

### CORPORATE DISCLOSURE PURSUANT TO RULE 12.4

Pursuant to Rule 12.4 of the Federal Rules of Criminal Procedure, Defendant ESI

Entertainment Systems, Inc. ("ESI") hereby advises the Court that it is a Canadian Corporation.

ESI does not have a parent corporation and no publicly held company owns 10% or more of its

stock.

Dated: June 10, 2008

                              Respectfully submitted,

                              MAYER BROWN LLP


                              By: _____
                                   Mauricio A. España

                              1675 Broadway
                              New York, New York 10019
                              Telephone:  (212) 506-2500
                              Facsimile:  (212) 262-1910


                              ATTORNEYS FOR DEFENDANT